# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY D. SIGMON,**

    Petitioner,

vs.                                         Case No. 4:08cv326-SPM/WCS

**STATE OF FLORIDA,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

    Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1.  He has not paid the filing fee or filed a motion to proceed in forma pauperis.

    Petitioner is currently incarcerated at New River Correctional Institution in Raiford, Florida, and challenges the judgment of the Fourth Judicial Circuit Court in Duval County.  Jurisdiction is appropriate in the Middle District of Florida, as the district of both confinement and conviction.  28 U.S.C. § 2241(d).  Transfer to the Middle District is appropriate.

Page 2 of 2

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on July 18, 2008.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**