IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. SIGMON,

    Petitioner,

v.                                      CASE NO. 4:08cv326-SPM/WCS

STATE OF FLORIDA.,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 18, 2008 (doc. 3). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

    2.    This case is transferred to the United States District Court for the Middle District of Florida.

    DONE AND ORDERED this 22nd day of September, 2008.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge